SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ONE MANHATTAN WEST
NEW YORK, NEW YORK 10001-8602
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

STEVEN SHEPARD
DIRECT DIAL (212) 729-2010

E-MAIL SSHEPARD@SUSMANGODFREY.COM

November 19, 2026

**VIA ECF**

Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York

RE: *U.S. ex rel. Verity Investigations LLC v. EDM USA, Inc.*, Case No. 1:25-cv-10078-VEC

Dear Judge Caproni:

We represent Relator Verity Investigations LLC ("Verity") in the above-referenced matter.

We write to seek an adjournment of the Initial Pretrial Conference ("IPTC") in this matter currently scheduled for December 11, 2026 and a corresponding extension of the deadline for the parties to submit a joint letter in advance of that conference which is currently due on December 3, 2026. (ECF 7).

Pursuant to Your Honor's Individual Practices and Court's Order noticing the IPTC (ECF 7), Verity states that counsel for Verity has a scheduling conflict on December 11, 2026, the original date of the IPTC. This is the first request for an adjournment. Counsel for Defendant has consented to the adjournment and the parties propose, subject to the Court's availability, that the IPTC be rescheduled to the morning of December 18, 2026 and the deadline to submit a joint letter in advance of the conference be extended to December 10, 2026.

The requested adjournment will not affect any scheduled dates for this matter as the Court granted Defendant's request for an extension of its deadline to respond to the complaint from November 12, 2026 to December 28, 2026. (ECF 19).

Respectfully submitted,

*/s/ Steven M. Shepard*

Copy to: Counsel of Record (via ECF)

Application GRANTED. The conference scheduled for December 11, 2026, is now adjourned to **December 18, 2026, at 10:00 a.m.** The corresponding joint submission described at Dkt. 7 is now due **no later than December 10, 2026**.

SO ORDERED. 11/23/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE